FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 12:18:11 PM
CHRISTOPHER A. PRINE
Clerk

# Exhibit 1
# November 18, 2014, Court Order On Appellant Motion For Extension Time To File Court Reporter Report.



COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00766-CV |
| Style: | Keith Porter v. Patricia Porter |
| Date motion filed*: | November 12, 2014 |
| Type of motion: | Motion for Extension of Time to File Records & Pay Fees |
| Party filing motion: | Appellant |
| Document to be filed: | Evidence of Indigence or Payment of Reporter's Record & Filing Fees |

Is appeal accelerated?     No

If motion to extend time:

     Original due date:     10/6/14 (Filing Fee) & 10/13/14 (Reporter's Record)

     Number of extensions granted:    0   Current Dates:   11/6/14 (Filing) & 11/13/14 (R.R.)

     Date Requested:     45-Day Extension

Ordered that motions are:

    ☑ Granted in part; if document is to be filed, document due: December 29, 2014.

       ☑     No further extensions of time will be granted.

    ☐    Denied

    ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☑ Other: _____

Appellant's motion for an extension of time to file the clerk's record is dismissed as moot because it was filed on October 31, 2014, and his request to file the reporter's record is dismissed as the reporter is responsible for filing it. *See* TEX. R. APP. P. 35.3(b). To the extent appellant seeks an extension to file evidence of indigence or payment of the reporter's record and filing fees, his motion is granted because his counsel claims her medical issues delayed the trial court's indigence contest hearing, but no further extensions will be granted. Thus, if appellant fails to file evidence of indigence or the filing fee by December 29, 2014, the Court may dismiss this appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

Judge's signature: /s/ <u>Evelyn V. Keyes</u>

            ☒ Acting individually     ⌐ Acting for the Court

Date: November 18, 2014

November 7, 2008 Revision

# Exhibit 2
## August 7, 2014, Harris County Court Order for Harris County Treasurer to pay Mr. Porter Court fees in probate Case against Ms. Porter

FILED
7/15/2014 10:15:35 AM
Stan Stanart
County Clerk
Harris County

DATA ENTRY
PICK UP THIS DATE

No. 424,315

PROBATE COURT 2

| | |
|---|---|
| IN THE GUARDIANSHIP OF | § IN THE PROBATE COURT |
| | § |
| PATRICIA ANN PORTER, | § NO. TWO (2) |
| | § |
| AN INCAPACITATED PERSON | § HARRIS COUNTY, TEXAS |

## APPLICATION FOR ATTORNEY AD LITEM FEES

Kathleen M. Vossler, ("Applicant") files this Application for Attorney Ad Litem Fees, under Section 1155.151 of the Texas Estates Code. The attorney ad litem was appointed as Attorney Ad Litem on August 13, 2013 by this Court.

I.

Applicant was appointed Attorney Ad Litem for the proposed Ward, Patricia Ann Porter, by Order of this Court on August 13, 2013, and qualified to act as such according to the Probate Courts of this county and in accordance with the laws of the state of Texas. Applicant is an attorney, licensed in the State of Texas, with an office at 2209 Union, Houston, Harris County, Houston, Texas 77007.

II.

That Proposed Ward is a female who is fifty-nine years old, having been born on July 19, 1954. The Ward's current residence is 1827 Crescent Oak Drive, Missouri City, Fort Bend County, Texas 77459.

III.

On August 13, 2013, this Court appointed Karen Blomstrom as Guardian Ad Litem for the Proposed Ward, Patricia Ann Porter. Contemporaneously herewith, Karen Blomstrom has filed a Guardian Ad Litem report with the Court, in which she recommends that the

1

Guardianship be dismissed, as there is a less restrictive manner in which the Proposed Ward and her estate can be protected. Applicant is in agreement with that recommendation.

IV.

Kathleen M. Vossler is an attorney at law licensed to practice in Houston, Harris County, Texas, and appointed as Attorney Ad Litem to represent the interests of Patricia Ann Porter, an Adult. Kathleen M. Vossler has performed all of the services required. Kathleen M. Vossler therefore respectfully requests the following fees and expenses for her representation:

**Attorney Ad Litem Fees**

| | |
|---|---|
| 9.30 hours at $300.00 per hour | $2,790.00 |
| 1.70 hours of Staff time at $60.00 per hour | $102.00 |
| **Total Attorney's Fees and Expenses** | **$2,892.00** |

Respectfully submitted,

Kathleen M. Vossler, Attorney Ad Litem

Kathleen M. Vossler & Assoc., P.C.
2209 Union
Houston, Texas 77007

By: _____
Kathleen M. Vossler
Attorney for Applicant
State Bar No.: 90001414
E-mail: Kathy@KathyVossler.com

2

STATE OF TEXAS                          §
                                        §
COUNTY OF HARRIS                        §

BEFORE ME, the undersigned authority, on this day personally appeared Kathleen M. Vossler, Applicant in the foregoing Application for Attorney Ad Litem Fees, known to me to be the person whose name is subscribed to the above and foregoing Application and stated under oath that such Application contains a correct and complete statement of the facts and matters to which it relates and all the contents thereof are true, complete and correct to the best of Applicant's knowledge.

SWORN AND SUBSCRIBED TO BEFORE ME on this the 15 day of July, 2014.



ISABELLE SEGUNDO CANTU
Notary Public, State of Texas
My Commission Expires
November 12, 2016

_Isabelle D Cantu_
Notary Public, State of Texas

3

No. 424,315

| | |
|---|---|
| IN THE GUARDIANSHIP OF | §   IN THE PROBATE COURT |
| | § |
| PATRICIA ANN PORTER, | §   NO. TWO (2) |
| | § |
| AN INCAPACITATED PERSON | §   HARRIS COUNTY, TEXAS |

## ORDER APPROVING ATTORNEY'S FEES

On this day, the Court heard and considered the foregoing, and the Court finds that Kathleen M. Vossler, Attorney Ad Litem, has rendered necessary services on behalf of Patricia Ann Porter, a female, that such attorney's fees and expenses are reasonable and just, and should be paid.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Kathleen M. Vossler, Attorney Ad Litem, be paid a total sum of $ _1,032.00_ to be taxed as costs _by the Treasurer of Harris County_ against the Applicant herein and to be paid ~~from funds held in the registry of this Court for such~~ _from county funds from account no. 10099200636800_ ~~purpose, with any balance due to be paid by the Applicant herein within thirty (30) days of the date of this order.~~

It is further **ORDERED, ADJUDGED, AND DECREED** that this appointment is terminated and Kathleen M. Vossler is discharged as Ad Litem in this cause.

SIGNED this _7_ day of _August_, 2014.

_[signature]_

**JUDGE PRESIDING**

4

# Matter History Report

## Kathleen M. Vossler & Associates, PC

Client Number  PROPOSEDWARD          Patricia Ann Porter
Matter Number: 13-037                13-037; Porter, Patricia Ann
Matter Type:                         Billing Mode:    Hourly
Dates Included on Report:  01/01/1900 Thru 07/15/2014

| Date' | T'keeper | Description | Time Spent | Amount |
|-------|----------|-------------|-----------|--------|
| | | **FEES** | | |
| 8/21/2013 | EC | Receipt of Notice of Entry of Appearance | 0.10 | 6.00 |
| 9/3/2013 | KMV | Received e-mails from Guardian Ad Litem and Dr. Poa. Attemtped to contact client; attempted to contact family members | 0.20 | 60.00 |
| 9/5/2013 | KMV | Phone calls to attorneys on case. Left message. Followed up with additional phone calls. Reviewed letter from Dr. Poa. | 0.30 | 90.00 |
| 9/5/2013 | KMV | Phone calls with Guardian Ad Litem, regarding Doctor's letter, options, inability to contact client, etc. | 0.20 | 60.00 |
| 9/5/2013 | KMV | Emailed copy of Doctor's letter to Ms. Sonya Chandler Anderson | 0.10 | 30.00 |
| 9/12/2013 | KMV | Phone call with attorney for Husband. Attempted to conference in the GAL for detailed discussion re: parties, witnesses, pleadings, cases, etc. | 0.10 | 30.00 |
| 9/12/2013 | KMV | Phone call with GAL - advised that I had finally made contact with attorney from case. Attempted to conference in counsel for Husband. Call went to VM | 0.20 | 60.00 |
| 9/12/2013 | KMV | Conference call with GAL and counsel for Husband. Obtained witness information, phone numbers, case history. Discussed family law issues, doctor's letter, probate procedures, etc. Made notes of numbers, ran criminal background on persons involved | 0.70 | 210.00 |

# Matter History Report

## Kathleen M. Vossler & Associates, PC

Client Number  PROPOSEDWARD       Patricia Ann Porter
Matter Number: 13-037              13-037; Porter, Patricia Ann
Matter Type:                       Billing Mode:   Hourly
Dates Included on Report:  01/01/1900 Thru 07/15/2014

| Date | T'keeper | Description | Time Spent | Amount |
|------|----------|-------------|-----------|--------|
| 9/12/2013 | KMV | Compiled information, sent to GAL via e-mails | 0.50 | 150.00 |
| 9/30/2013 | EC | Updated database with all contact information for all witnesses, family, dr, etc. | 0.50 | 30.00 |
| 10/8/2013 | KMV | Phone call with court investigator, re: case, doctor, doctor's letter, etc. | 0.10 | 30.00 |
| 10/8/2013 | KMV | Received and reviewed Court Investigator's Report | 0.40 | 120.00 |
| 10/15/2013 | EC | Drafted Answer of Attorney Ad Litem | 0.20 | 12.00 |
| 10/15/2013 | EC | Walked Drafted Answer of Attorney Ad Litem | 0.20 | 12.00 |
| 11/14/2013 | EC | Phone call to Karen Blomstrom's office to coordinate visit to Ms. Porter | 0.10 | 6.00 |
| 11/14/2013 | EC | Phone call to Ms. Porter's son to coordinate visit with Ms. Porter | 0.10 | 6.00 |
| 11/18/2013 | EC | Sent email to Ms. Blomstrom to confirm meeting with Ms. Porter on 11/19/2013 | 0.10 | 6.00 |
| 11/19/2013 | KMV | Home visit with proposed Ward | 3.00 | 900.00 |
| 11/19/2013 | KMV | Drafted letter to Yexenia Gilmet. cc'd to Karen Blomstrom. Sent to Ms. Gilmet via fax and through e-mail to her website. | 0.60 | 180.00 |
| 11/26/2013 | SVS | Phone call from the opposing counsel's office. I relayed message to Ms. Vossler for return call | 0.10 | |
| 12/13/2013 | KMV | Received and reviewed Notice of Hearing for Temporary Orders from Yexenia Gilmet received via email and fax | 0.10 | 30.00 |

# *Matter History Report*

## Kathleen M. Vossler & Associates, PC

Client Number  PROPOSEDWARD          Patricia Ann Porter
Matter Number: 13-037                13-037; Porter, Patricia Ann
Matter Type:                         Billing Mode:   Hourly
Dates Included on Report:  01/01/1900 Thru 07/15/2014

| Date` | T'keeper | Description | Time Spent | Amount |
|-------|----------|-------------|------------|--------|
| 12/13/2013 | KMV | Phone call with Karen Blomstrom, re: notice, defects, need to move case to Probate Court | 0.10 | 30.00 |
| 12/13/2013 | KMV | Phone call to office of Yexenia Gilmet, re: her Notice of Hearing. Left message for her to call me. Phone call to Sonya Chandler-Anderson, re: same. Left message on her office phone and her cell phone | 0.10 | 30.00 |
| 12/16/2013 | KMV | Phone call with Yexenia Gilmet re: hearing today, notice issues, Agreed Mutual Injunctions, etc. | 0.20 | 60.00 |
| 3/12/2014 | KMV | Phone call with attorney re: coming in for Ms. Porter, in place of Ms. Gilmet | 0.30 | 90.00 |
| 3/25/2014 | KMV | Received and reviewed Substitution on behalf of Ms. Porter. Phone call with new counsel, regarding Doctor's Letter, POA's, updated residence and contact information, status of pleadings, Family law case, vs. Guardianship case, etc. Attempted conference call with Karen Blomstrom. Arranged to have new Doctor's Letter sent to me via e-mail | 0.50 | 150.00 |
| 3/26/2014 | EC | Receipt & Review fax re: Motion for Substitution of Counsel | 0.10 | 6.00 |
| 4/30/2014 | EC | Email received re: correspondence in regards to mediation | 0.10 | 6.00 |
| 5/21/2014 | EC | Fax received from opposing counsel re: Discovery responses | 0.10 | 6.00 |
| 6/5/2014 | EC | Fax received from Mryna Guidry re: Motion for Mediation and Notice of Hearing set for June 11, 2014. | 0.10 | 6.00 |

UNOFFICIAL COPY

# *Matter History Report*

## Kathleen M. Vossler & Associates, PC

Client Number PROPOSEDWARD    Patricia Ann Porter
Matter Number: 13-037    13-037; Porter, Patricia Ann
Matter Type:    **Billing Mode:** Hourly
Dates Included on Report: 01/01/1900 Thru 07/15/2014

| Date' | T'keeper | Description | Time Spent | Amount |
|---|---|---|---|---|
| 6/17/2014 | KMV | Phone call with court re: status of Guardianship action | 0.10 | 30.00 |
| 6/17/2014 | KMV | Went to family court on Guardianship action. Case set for 10:30. Husband's counsel not present. Met with client and her daughter and her attorney. Obtained copies of POA's signed by client in December 2013. Phone calls to Karen Blomstrom, to advise of status of all. Approached bench at beginning of trial. Advised Court of status of Guardianship action. Was dismissed. | 1.50 | 450.00 |

SUMMARY - By Time Ticket Type

| | | | Time Spent | Amount |
|---|---|---|---|---|
| | | | 11.00 | 2,892.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.10 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 11.10 | 2,892.00 |

SUMMARY - By Timekeeper

| | | | Time Spent | Amount |
|---|---|---|---|---|
| EC | Billable Timekeeper Hours & Fees. . | | 1.70 | 102.00 |
| KMV | Billable Timekeeper Hours & Fees. . | | 9.30 | 2,790.00 |
| SVS | No Charge Hours . . . . . . . . . | | 0.10 | 0.00 |
| | Misc. Fee Debits & Credits. . . . . | | - | 0.00 |
| | | | 11.10 | 2,892.00 |

| | | | | |
|---|---|---|---|---|
| | FEES: | | $0.00 | 2,892.00 |
| | HARD COSTS: | | $0.00 | 0.00 |

UNOFFICIAL COPY

# *Matter History Report*

Report Date:    7/15/2014
Report Time:    9:45AM
Page:    5 of 5
Requested By: Elizabeth Cantu

## Kathleen M. Vossler & Associates, PC

**Client Number** PROPOSEDWARD     Patricia Ann Porter
**Matter Number:** 13-037     13-037; Porter, Patricia Ann
**Matter Type:**     **Billing Mode:** Hourly
**Dates Included on Report:** 01/01/1900 Thru 07/15/2014

| Date | T'keeper Description | | Time Spent | Amount |
|------|---------------------|---|-----------|--------|
| | SOFT COSTS: | | $0.00 | 0.00 |
| | TAXES: | | $0.00 | 0.00 |
| | LATE CHARGES: | | $0.00 | 0.00 |
| | TOTALS: | 0 | $0.00 | 2,892.00 |

Date of Last Payment:

PROBATE COURT 2

PROBATE COURT 2

CAUSE NO. 424,315

| | | |
|---|---|---|
| GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| PATRICA ANN PORTER | § | NUMBER TWO (2) OF |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

ORDER AUTHORIZING PAYMENT OF APPOINTEE FEES AND EXPENSES

TODAY the Court considered the Application for Payment of Appointee Fees and Expenses filed by Edward Poa, M.D., of Baylor College of Medicine, Department of Psychiatry (hereinafter referred to as "Appointee") who was appointed by Judge Wood on or about August 13, 2013 to perform a Mental Examination. Appointee has made application for payment of fees for three and one-half (3.5) hours of services performed.

The Court finds the fee for Appointee, in the amount of $1400.00 to be reasonable compensation for the services rendered, reasonably incurred, and that this request should be granted.

IT IS THEREFORE ORDERED, that the above fees are approved, and that the payment of $1400.00 shall be made to Baylor College of Medicine, Department of Psychiatry:

( ) by the Guardian of the Ward's estate;

(X) by the Treasurer of Harris County from county funds pursuant to TX. Prob. Code 665A and 669; from acct # 100992006346800.

( ) by _____ from _____ .

SIGNED this 15 day of August , 2014.


JUDGE PRESIDING

Edward Poa, M.D.
Assistant Professor, Baylor College of Medicine
Director of Admissions, The Menninger Clinic
12301 Main Street
Houston, TX 77035
713-275-5111
713-275-5107 (fax)

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

PROBATE COURT

## NO. 424,315

| | | |
|---|---|---|
| GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| PATRICIA ANN PORTER | § | NUMBER TWO (2) OF |
| ALLEGED INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

### ORDER AUTHORIZING PAYMENT OF APPOINTEE'S FEES

On this day, the Court considered the Application of Appointee Fees of Karen A. Blomstrom, who was appointed by Judge Mike Wood as Guardian Ad Litem on August 13, 2013. The Court finds the requested fees in the amount of $1,140.00 and expenses in the amount of $00.00 to be reasonable and necessary compensation for the legal services rendered; that the fees should be paid by the treasurer of Harris County from county funds; and that this request should be granted. IT IS THEREFORE,

ORDERED that Guardian Ad Litem's fees are taxed as costs in this case, and that payment in the sum of $1,140.00 shall be made to Karen A. Blomstrom by the treasurer of Harris County from county funds from account no. _1009920063680 0_. It is further,

ORDERED that Karen A. Blomstrom is hereby discharged as guardian ad litem.

SIGNED this ___7___ day of ___August___, 2014.

Judge Mike Wood

2014 AUG -8 AM 9: 37

FILED

AUG - 8 2014

Karen A. Blomstrom
Law Office of Karen A. Blomstrom
Karen A. Blomstrom, TBN 75006402
P.O. Box 1605; 510 Church St.
Crosby, Texas 77532
(281) 328-7311 office
(281) 328-5400 facsimile
karen@kablaw.com
Guardian Ad Litem

# Exhibit 3
# Copy of Criminal Charge

17840277066**9**

THE STATE OF TEXAS
VS.

**02770669**

D.A. LOG NUMBER:2123277
CJIS TRACKING NO.:9170451346-A001

**TONYA LINETTE DAVIS**
**6502 ST BERNADETTE**
**SPRING, TX 77379**

SPN:
DOB: BF 9/24/71
DATE PREPARED: 12/19/2014

BY: **KL** DA NO: 002672306
AGENCY:HPD
O/R NO: 160818014
ARREST DATE: 12/18/14

NCIC CODE: 1301 19

RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1452172**
**178**

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **TONYA LINETTE DAVIS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 18, 2014**, did then and there unlawfully intentionally and knowingly cause bodily injury to SONYA CHANDLER-ANDERSON, hereinafter called the Complainant, by STRIKING THE COMPLAINANT WITH A MOTOR VEHICLE, and the Defendant used and exhibited a deadly weapon, namely a MOTOR VEHICLE.

Unofficial Copy Office of Chris Daniel District Clerk

**FILED**
**Chris Daniel**
**District Clerk**

**DEC 19 2014**
Time: 1416
**Harris County, Texas**
By:
**Deputy**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **December 19, 2014**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY     BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

# Exhibit 4
# Email from Court report and Motion contesting Waiver of Mr. Porter transcript fee

**Print** | **Close Window**

**Subject:** Re: Cause No. 2013-47027 , Keith Porter v. Patricia Porter Request for transcripts
  **From:** Leticia Salas <lsrealtime@gmail.com>
  **Date:** Thu, Oct 16, 2014 9:10 am
    **To:** sonya@attysonyaandersonlaw.com

I have received your e-mail. The letter I sent you yesterday was by certified mail and not by e-mail. You should receive it today.

The estimate for the trial that was taken on June 17, 2014 (not July 17, 2014) will be approximately $1400. and it can be completed by the Court of Appeals new deadline of November 13, 2014, provided that I do receive timely payment.

If there is anything else I can help with, just let me know.

Thank you,
Leticia Salas
Court Reporter - 308th

On Wed, Oct 15, 2014 at 8:54 PM, <sonya@attysonyaandersonlaw.com> wrote:

Good day Ms. Salas,

I pray all is well with you today.

I am following up on our previous conversation. I am sorry to say I did not receive the email you sent me, would you please resend. Mr. Porter has filed an appeal in the above style and number cause. I would like to confirm that you are in fact the Court reporter for his trial heard on July 17, 2014. If so would you please let me know what the cost of this transcript would be and how many days it might take to transcribe, thank you and as always,

MAY GOD'S WILL BE DONE

Sonya Chandler Anderson Esq.

Law Office of Chandler Anderson and Associates
405 Main Street, Suite 700
Houston, Texas 77002
(281) 905-5020 Cell Telephone
(866) 274-8878 Fax

--
The sky's the limit. Keep reaching for the stars!
Leticia V. Salas, CSR-RPR

Copyright © 2003-2015. All rights reserved.

CONFIRMED FILE DATE: 10/15/2014

P-2

## CAUSE NO. 2013-47027

IN THE MATTER OF THE MARRIAGE OF          ) IN THE DISTRICT COURT OF
                                                                              )
KEITH PORTER                                                        )
And                                                                         ) HARRIS COUNTY, TEXAS

PATRICIA PORTER                                                ) 308TH DISTRICT COURT

### CONTEST OF AFFIDAVIT OF INABILITY TO PAY COSTS

TO THE HONORABLE JUDGE OF SAID COURT:

Leticia V. Salas, the official court reporter for the above-referenced court in the above-entitled and numbered cause, hereby contests the affidavit of inability to pay costs which alleges that Respondent is unable to pay appeal costs in this case filed by Keith Porter, Respondent. Leticia V. Salas moves the Court, pursuant to the provisions of Rule 20.1 of the Texas Rules of Appellate Procedure to set this matter for hearing and to take evidence and require Mr. Porter to prove his alleged inability by competent evidence other than by the affidavit.

Wherefore, Leticia V. Salas prays that this matter be set for hearing and that the Court sustain this contest to the affidavit filed by Mr. Keith Porter and order Mr. Keith Porter to pay costs in advance as required by the Texas Rules of Appellate Procedure. In the alternative, Leticia V. Salas prays that the Court determine the amount of costs, which Mr. Keith Porter can pay or give security for and order such payment or security.

_____
Leticia V. Salas, CSR-RPR
Official Court Reporter, 308th District Court
Harris County, Texas
1115 Congress Street, 7th Floor
Houston, Texas 77002

### NOTICE OF HEARING

This contest to affidavit of inability to pay costs is set for hearing at __9:00__ on __October 15__, 2014 in the courtroom of the 308th District Court, 1115 Congress Street, 7th Floor, Houston, Texas 77002.

_____
District Judge/Court Coordinator

## CERTIFICATE OF SERVICE

I certify that a copy of this document was delivered to Mr. Harrison Gregg, attorney for District Clerk of Harris County via e-mail and to Mr. Porter via his attorney Ms. Sonya Chandler-Anderson, regular mail.

Leticia V. Salas

# Exhibit 5
# November 7, 2014, 308th District Court Order Granting Court Reporter Motion Of Contest

P1
conso

## CAUSE NO. 2013-47027

| | |
|---|---|
| IN THE MATTER OF THE MARRIAGE OF | ) IN THE DISTRICT COURT OF |
| | ) |
| KEITH PORTER | ) |
| And | ) HARRIS COUNTY, TEXAS |
| | |
| PATRICIA PORTER | ) 308TH DISTRICT COURT |

### ORDER SUSTAINING CONTEST TO AFFIDAVIT OF INDIGENCE

NOV 12 2014

Came on for hearing on the _____ day of _____, 2014, Mr. Porter and Leticia V. Salas, in my motion to contest affidavit of Mr. Porter's affidavit of indigence. All parties were presented by counsel and the court, after hearing evidence and argument, is of the opinion that the Contest should be, and hereby is, SUSTAINED; and,

IT IS THEREFORE ORDERED that the Affidavit of Indigence filed by Mr. Porter is denied and considered of no further force or effect.

NOV 12 2014

SIGNED this _____ day of _____, 2014.

_____
Judge James Lombardino

FILED
Chris Daniel
District Clerk

NOV 12 2014

Time:_____
Harris County, Texas

By_____
Deputy

Unofficial Copy Office of Chris Daniel District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.